IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, UNKNOWN-UNNAME, Director of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Director I of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Director II of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Associate Director of Nebraska Department of Correctional Services; TECUMSEH STATE CORRECTIONAL INSTITUTION, UNKNOWN-UNNAME, Warden of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Deputy Warden of Tecumseh State Correctional Institution; UNKNOWN-UNNAME, Associate Warden of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Librarian of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Warden of Nebraska State Penitentiary; NEBRASKA STATE PENITENTIARY, UKNOWN-UNNAME, Associate Warden of Nebraska State Penitentiary; UKNOWN-UNNAME, Deputy Warden of Nebraska State Penitentiary; LIBRARIAN OF NEBRASKA STATE PENITENTIARY, OMAHA | **8:21CV251**<br><br>**MEMORANDUM AND ORDER** |

| |
|---|
| CORRECTIONAL CENTER, UKNOWN-UNNAME, Warden of Omaha Correctional Center; UKNOWN-UNNAME, Associate Warden of Omaha Correctional Center; UKNOWN-UNNAME, Deputy Warden of Omaha Correctional Center; and UKNOWN-UNNAME, Librarian of Omaha Correctional Center; <br><br> Defendants. |

Before the court is Plaintiff's motion to proceed in forma pauperis. (Filing 6.) Plaintiff represents in his application to proceed in forma pauperis that he is being held at the Norfolk Regional Center ("NRC"). (*Id.*) Plaintiff also filed a copy of his "Trust Fund Statement" from the NRC which shows an account balance of $5,702.83 as of June 30, 2021. (*Id.*) He does not mention expenses that would impact his ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Filing 6) is denied.

2. Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without further notice.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **August 26, 2021**: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 27th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge