IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al.,<br><br>　　　Defendants. | Case No. 8:21-cv-251<br><br>NOTICE OF APPEAL |

　　　Defendants Nebraska Department of Correctional Services (NDCS), Tecumseh State Correctional Institution (TSCI), Nebraska State Penitentiary (NSP), and the Omaha Correctional Center (OCC) (collectively referred to as "State Entities"), hereby appeal to the United States Court of Appeals for the Eighth Circuit from this Court's July 27, 2022 Memorandum and Order (Filing No. 25), its September 22, 2022 Memorandum and Order (Filing No. 38), and its October 6, 2022 Text Order (Filing No. 40).

　　　Submitted October 20, 2022.

**STATE ENTITY DEFENDANTS NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, TECUMSEH STATE CORRECTIONAL INSTITUTION, NEBRASKA STATE PENITENTIARY, and OMAHA CORRECTIONAL CENTER**

By: DOUGLAS J. PETERSON
   *Attorney General of Nebraska*

   *s/ Jennifer A. Huxoll*
   Jennifer A. Huxoll (NE # 20406)
      *Assistant Attorney General*
   James A. Campbell (NE # 26934)
      *Solicitor General*
   OFFICE OF THE ATTORNEY GENERAL
   2115 State Capitol
   Lincoln, Nebraska 68509
   (402) 471-2682
   Jennifer.Huxoll@Nebraska.gov
   Jim.Campbell@Nebraska.gov
   Attorneys for State Entity Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a true and accurate copy of the foregoing notice was served on the non-CM/ECF Plaintiff by depositing that copy into the United States Mail, first class postage prepaid, addressed as follows:

Marvel Jones
1700 North Victory Road
PO Box 1209
Norfolk, NE 68702

   *s/ Jennifer A. Huxoll*
   Jennifer A. Huxoll