IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>               Plaintiff,<br><br>   vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES; UNKNOWN-UNNAME, Director of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Director I of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Director II of Nebraska Department of Correctional Services; UNKNOWN-UNNAME, Associate Director of Nebraska Department of Correctional Services; TECUMSEH STATE CORRECTIONAL INSTITUTION; UNKNOWN-UNNAME, Warden of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Deputy Warden of Tecumseh State Correctional Institution; UNKNOWN-UNNAME, Associate Warden of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Librarian of Tecumseh State Correctional Institution; UKNOWN-UNNAME, Warden of Nebraska State Penitentiary; NEBRASKA STATE PENITENTIARY; UKNOWN-UNNAME, Associate Warden of Nebraska State Penitentiary; UKNOWN-UNNAME, Deputy Warden of Nebraska State Penitentiary; LIBRARIAN OF NEBRASKA STATE PENITENTIARY; OMAHA CORRECTIONAL CENTER; UKNOWN-UNNAME, Warden of Omaha Correctional Center; UKNOWN-UNNAME, Associate Warden of Omaha Correctional Center; UKNOWN-UNNAME, Deputy Warden of Omaha Correctional Center; and UKNOWN-UNNAME, Librarian of Omaha Correctional Center;<br><br>               Defendants. | **8:21CV251**<br><br>**ORDER** |

1

In light of the Eighth Circuit Court of Appeals' Order and Judgment on remand, Filing No. 53; Filing No. 54; Defendants Nebraska Department of Correctional Services, Tecumseh State Correctional Institution, Nebraska State Penitentiary, and Omaha Correctional Center are dismissed for lack of subject-matter jurisdiction as set forth in the Court's earlier Memorandum and Order, Filing No. 25. The claims against the unnamed Defendants in their official capacities were previously dismissed. *Id.* at 12.

Accordingly, the remaining Defendants are as follows: the unknown-unnamed Director of Nebraska Department of Correctional Services in his/her individual capacity; the unknown-unnamed Director I of Nebraska Department of Correctional Services in his/her individual capacity; the unknown-unnamed Director II of Nebraska Department of Correctional Services in his/her individual capacity; the unknown-unnamed Associate Director of Nebraska Department of Correctional Services in his/her individual capacity; the unknown-unnamed Warden of Tecumseh State Correctional Institution in his/her individual capacity; the unknown-unnamed Deputy Warden of Tecumseh State Correctional Institution in his/her individual capacity; the unknown-unnamed Associate Warden of Tecumseh State Correctional Institution in his/her individual capacity; the unknown-unnamed Librarian of Tecumseh State Correctional Institution in his/her individual capacity; the unknown-unnamed Warden of the Nebraska State Penitentiary in his/her individual capacity; the unknown-unnamed Associate Warden of the Nebraska State Penitentiary in his/her individual capacity; the unknown-unnamed Deputy Warden of the Nebraska State Penitentiary in his/her individual capacity; the Librarian of the Nebraska State Penitentiary in his/her individual capacity; the unknown-unnamed

Warden of Omaha Correctional Center in his/her individual capacity; the unknown-unnamed Associate Warden of Omaha Correctional Center in his/her individual capacity; the unknown-unnamed Deputy Warden of Omaha Correctional Center in his/her individual capacity; and the unknown-unnamed Librarian of Omaha Correctional Center in his/her individual capacity.

IT IS SO ORDERED.

Dated this 28th day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge