IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES, | |
| Plaintiff, | 8:21CV251 |
| vs. | ORDER |
| UNKNOWN-UNNAME, Director of Nebraska Department of Correctional Services, in his/her individual capacity; UNKNOWN-UNNAME, Director I of Nebraska Department of Correctional Services, in his/her individual capacity; UNKNOWN-UNNAME, Director II of Nebraska Department of Correctional Services, in his/her individual capacity; UNKNOWN-UNNAME, Associate Director of Nebraska Department of Correctional Services, in his/her individual capacity; UNKNOWN-UNNAME, Warden of Tecumseh State Correctional Institution, in his/her individual capacity; UKNOWN-UNNAME, Deputy Warden of Tecumseh State Correctional Institution, in his/her individual capacity; UNKNOWN-UNNAME, Associate Warden of Tecumseh State Correctional Institution, in his/her individual capacity; UKNOWN-UNNAME, Librarian of Tecumseh State Correctional Institution, in his/her individual capacity; UKNOWN-UNNAME, Warden of Nebraska State Penitentiary, in his/her individual capacity; UKNOWN-UNNAME, Associate Warden of Nebraska State Penitentiary, in his/her individual capacity; UKNOWN-UNNAME, Deputy Warden of Nebraska State Penitentiary, in his/her individual capacity; LIBRARIAN OF NEBRASKA STATE PENITENTIARY, in his/her individual capacity; UKNOWN-UNNAME, Warden of Omaha Correctional | |

1

| |
|---|
| Center, in his/her individual capacity; UKNOWN-UNNAME, Associate Warden of Omaha Correctional Center, in his/her individual capacity; UKNOWN-UNNAME, Deputy Warden of Omaha Correctional Center, in his/her individual capacity; and UKNOWN-UNNAME, Librarian of Omaha Correctional Center, in his/her individual capacity;<br><br>Defendants. |

This matter comes before the Court after a review of the docket and pursuant to NECivR. 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The sole remaining defendants in this action are unknown-unnamed government officials in their individual capacities. *See* Filing No. 56. On July 9, 2024, the Court granted pro se Plaintiff Marvel Jones' motion for expedited discovery to subpoena non-party Nebraska Department of Correctional Services ("NDCS") to obtain the names and addresses of the unnamed Defendants. Filing No. 58. The Court subsequently denied Plaintiff's motion to compel non-party Rob Jeffreys, the director of NDCS, to respond to Plaintiff's subpoena because Plaintiff had not, at that time, served the subpoena. Filing No. 62. On November 8, 2024, NDCS and Jeffreys filed a certificate of service indicating they served Plaintiff with a written objection to the subpoena. Filing No. 63.

The Court entered its order permitting Plaintiff to subpoena NDCS more than 120 days ago. Plaintiff has a duty to prosecute his case and may, for example, file a motion to compel in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED:

1) Plaintiff shall have until December 19, 2024 to file a motion to compel or otherwise show cause why this case should not be dismissed pursuant to NECivR. 41.2 for want of prosecution.
2) The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 19th day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge