IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

                Plaintiff,

      vs.

UNKNOWN-UNNAME, Director of Nebraska Department of Correctional Services, in his/her individual capacity;  UNKNOWN-UNNAME, Director I of Nebraska Department of Correctional Services, in his/her individual capacity;  UNKNOWN-UNNAME, Director II of Nebraska Department of Correctional Services, in his/her individual capacity;  UNKNOWN-UNNAME, Associate Director of Nebraska Department of Correctional Services, in his/her individual capacity;  UNKNOWN-UNNAME, Warden of Tecumseh State Correctional Institution, in his/her individual capacity;  UKNOWN-UNNAME, Deputy Warden of Tecumseh State Correctional Institution, in his/her individual capacity;  UNKNOWN-UNNAME, Associate Warden of Tecumseh State Correctional Institution, in his/her individual capacity;  UKNOWN-UNNAME, Librarian of Tecumseh State Correctional Institution, in his/her individual capacity;  UKNOWN-UNNAME, Warden of Nebraska State Penitentiary, in his/her individual capacity;  UKNOWN-UNNAME, Associate Warden of Nebraska State Penitentiary, in his/her individual capacity;  UKNOWN-UNNAME, Deputy Warden of Nebraska State Penitentiary, in his/her individual capacity;  LIBRARIAN OF NEBRASKA STATE PENITENTIARY, in his/her individual capacity;  UKNOWN-UNNAME, Warden of Omaha Correctional Center, in his/her individual capacity;  UKNOWN-UNNAME, Associate Warden of Omaha Correctional Center, in his/her individual capacity;  UKNOWN-UNNAME,

**8:21CV251**

**ORDER**

1

Deputy Warden of Omaha Correctional Center, in his/her individual capacity; and UKNOWN-UNNAME, Librarian of Omaha Correctional Center, in his/her individual capacity;

Defendants.

This matter comes before the Court on Plaintiff's Second Motion for Reconsideration, Filing No. 85; Notice of Appeal, Filing No. 88; Motion for Leave to Appeal in Forma Pauperis, Filing No. 89; and Motion for Appointment of Appellate Counsel, Filing No. 90. For the reasons set forth below, the motions are denied.

The case history is set forth at length in the Court's previous orders and need not be repeated here. *See, e.g.*, Filing No. 84 at 1–2 (prior order on motion to reconsider). This Court previously denied Plaintiff's motion to reconsider the dismissal of this case pursuant to Federal Rule of Civil Procedure 59(e). Filing No. 84 at 2–3. It noted Plaintiff had repeatedly failed to prosecute his case, and there was no merit to his argument the Court incorrectly quashed subpoenas. *Id.* In his second motion to reconsider, Plaintiff again raises the subpoena issue and presents no new factual or legal arguments which alter the Court's prior analysis. Accordingly, his second motion to reconsider must also be denied.

On March 27, 2026, Plaintiff filed a motion for declaratory and injunctive relief. Filing No. 86. Because this case is closed and because Plaintiff's motion was against a non-defendant, Magistrate Judge DeLuca denied the motion for injunctive relief by text order on March 30, 2026. Plaintiff has now filed a purported notice of appeal of the Magistrate Judge's text order, a motion for leave to appeal in forma pauperis, and a motion for appointment of appellate counsel.

Unless the parties have unambiguously consented to a Magistrate Judge's jurisdiction over the entire case under 28 U.S.C. § 636(c), there is no appeal from a magistrate judge's order because it is a non-final order. *See LeGear v. Thalacker*, 46 F.3d 36, 37 (8th Cir. 1995) ("A magistrate judge's decision is a final order only if the parties have explicitly and unambiguously consented to the magistrate judge's jurisdiction under section 636(c)"). Rather, the proper procedure is to file an objection to the District Judge of any non-final order issued by the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court construes Plaintiff's notice of appeal as an objection to the Magistrate Judge's dismissal order. The Court finds no clear error in the Magistrate Judge's decision to deny Plaintiff's motion for injunctive relief. As the Magistrate Judge correctly noted, the case was already closed, and Plaintiff's motion was unrelated to the parties and merits of the present case. Accordingly, there was no basis for injunctive relief in this case. The Court affirms Magistrate Judge DeLuca's order and denies Plaintiff's motions for in-forma-pauperis status and appellate counsel as moot.

IT IS ORDERED:

1) Plaintiff's Second Motion for Reconsideration, Filing No. 85, is denied.

2) The Court construes Plaintiff's Notice of Appeal, Filing No. 88, as an Objection to the Magistrate Judge's Order and denies it.

3) Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Filing No. 89; and Motion for Appointment of Appellate Counsel, Filing No. 90, are denied as moot.

Dated this 4th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

3